# 834

SPRINCA DAVIS, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment awards plaintiff damages for injuries sustained by fall on sidewalk. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

WILLIAM DAVIS, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment awards plaintiff damages for loss of services of, and medical attendance for, plaintiff's wife by reason of injuries sustained by fall on sidewalk. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

WILLIAM J. EGAN, Appellant, v. FIRST TRUST & DEPOSIT COMPANY, Respondent. — Judgments affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment affirms a Syracuse Municipal Court judgment in favor of defendant in an action for claimed unlawful sale of pledged securities.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

CAROLINE J. HOUSTON, an Infant, by MALINDA J. ALLEMANG, Her Guardian ad Litem, Appellant, v. HARRY K. HORNBURG and HARRY A. HORNBURG, Respondents.— Judgment affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment is in favor of defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

MALINDA J. ALLEMANG, Appellant, v. HARRY K. HORNBURG and HARRY A. HORNBURG, Respondents.— Judgment affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment is in favor of defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

DORIS STEWART, 71 KENT BLVD., SALAMANCA, NEW YORK, Respondent, v. THE SALVATION ARMY, INCORPORATED, and VIENNA COFFEE SHOPPE, INCORPORATED, Appellants.— Judgment affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment awards plaintiff damages for personal injuries sustained by falling through an open coal hole in the sidewalk.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

ARTHUR STEWART, 71 KENT BLVD., SALAMANCA, NEW YORK, Respondent, v. THE SALVATION ARMY, INCORPORATED, and VIENNA COFFEE SHOPPE, INCORPORATED, Appellants.— Judgment affirmed, with costs. All concur, except Thompson, J., not voting. (The judgment awards plaintiff damages for loss of services of, and medical attendance for, plaintiff's wife by reason of injuries sustained by falling through an open coal hole in the sidewalk.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

ANNA E. BLAUVELT, as Administratrix, etc., of SIDNEY L. BLAUVELT, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23598.) — Judgment affirmed, with costs. All concur. (The judgment dismisses claim for damages for death of claimant's intestate caused by assault by another inmate of a State institution.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.